MONTEMURO, J., who was sitting by designation, did not participate in the decision of this case.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Abdul J. MAJEED, Petitioner.**

Supreme Court of Pennsylvania.

April 4, 1996.

**PER CURIAM.**

AND NOW, this 4th day of April, 1996, the Petition for Allowance of Appeal is granted limited to the question whether one can be convicted of burglarizing his own home after he entered the premises in violation of a protection from abuse order. PC